[No. 31757-9-III.   Division Three.   January 29, 2015.]

*In the Matter of the Estate of* MARGARET WIMBERLEY.

Appeal from a judgment of the Superior Court for Yakima County, No. 10-4-00415-3, Michael G. McCarthy, J., entered June 4, 2013. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Brown, J. Now published at 186 Wn. App. 475.

[No. 31887-7-III.   Division Three.   January 29, 2015.]

SPOKANE ENTREPRENEURIAL CENTER ET AL., *Respondents*, v. SPOKANE MOVES TO AMEND THE CONSTITUTION ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-2-02495-5, Maryann C. Moreno, J., entered August 27, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Korsmo, J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 31917-2-III.   Division Three.   January 29, 2015.]

RUSSELL TAYLOR ET AL., *Appellants*, v. MATTHEW S. CALENE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Asotin County, No. 11-2-00067-8, M. Scott Wolfram, J. Pro Tem., entered August 6, 2013. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.